MEMORANDUM OPINION

No. 04-06-00189-CV

Roberto PENA,

Appellant

v.

Arturo GARCIA, Fernando Pena, Michael Appell, and Adami, McNeil, Paisley & Appell ,

Appellees

From the 79th Judicial District Court, Jim Wells County, Texas

Trial Court No. 01-08-39753-CV

Honorable Richard C. Terrell , Judge Presiding




PER CURIAM



Sitting: Alma L. López , Chief Justice

 Phylis J. Speedlin , Justice

 Rebecca Simmons, Justice



Delivered and Filed: October 18, 2006



DISMISSED

 Appellant has filed a motion to dismiss this appeal stating that the parties have settled all issues in dispute. The motion
contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

 PER CURIAM